UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAINT AGNES MEDICAL CENTER, a California non-profit public benefit corporation,<br><br>Plaintiff,<br>vs.<br><br>HCC MEDICAL INSURANCE SERVICES, LLC, a Wisconsin for profit limited liability corporation and DOES 1 through 25, Inclusive,<br><br>Defendant. | Case No.: 1:16-cv-01535-LJO BAM<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINE TO CONDUCT PREVIOUSLY SCHEDULED DEPOSITIONS**<br><br>[Stipulation filed concurrently herewith] |

The Court, having fully considered the pleadings, hereby GRANTS the parties' stipulation to continue deadlines.

**IT IS HEREBY ORDERED** that the parties' stipulation to continue deadlines for each parties' previously scheduled deposition is GRANTED.

| **Current Deadlines** | **Proposed New Deadlines** |
|---|---|
| September 8, 2017 | October 9, 2017 |

IT IS SO ORDERED.

Dated: **September 5, 2017**          /s/ Lawrence J. O'Neill
                                       UNITED STATES CHIEF DISTRICT JUDGE