# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAINT AGNES MEDICAL CENTER, a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HCC MEDICAL INSURANCE SERVICES, LLC, a Wisconsin for profit limited liability corporation and DOES 1 through 25, Inclusive,<br><br>Defendant. | Case No.: 1:16-cv-01535 LJO-BAM<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINES TO CONDUCT PREVIOUSLY SCHEDULED DEPOSITIONS**<br><br>(Doc. 13) |

The Court, having fully considered the stipulation, and for good cause shown, HEREBY GRANTS the parties' stipulation to continue deadlines. **IT IS HEREBY ORDERED** that the parties' stipulation to continue discovery deadlines to accommodate each party's previously scheduled deposition is GRANTED.

| Scheduled Event | Previous Date | New Date |
|---|---|---|
| Expert Disclosure | September 22, 2017 | October 27, 2017 |
| Supplemental Expert Disclosure | October 6, 2017 | November 10, 2017 |
| Expert Discovery Cutoff | October 31, 2017 | December 1, 2017 |

The Pretrial Motion filing deadline, Pretrial Conference, and Bench Trial dates will remain as set in the January 13, 2017 Scheduling Order. (Doc. 9).

IT IS SO ORDERED.

Dated: **September 19, 2017**        /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE