UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAINT AGNES MEDICAL CENTER, a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HCC MEDICAL INSURANCE SERVICES, LLC, a Wisconsin for profit limited liability corporation and DOES 1 through 25, Inclusive,<br><br>Defendant. | Case No.: 1:16−CV−01535−LJO−BAM<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DEADLINE TO CONDUCT PREVIOUSLY SCHEDULED DEPOSITIONS**<br><br>Assigned for All Purposes to: Hon. Lawrence J. O'Neill<br><br>Non- expert<br>Discovery cutoff:    September 8, 2017<br><br>Pretrial Conference: February 27, 2018<br><br>Trial:                        April 10, 2018 |

## **AGREEMENT TO CONTINUE DEADLINE TO CONDUCT PREVIOUSLY SCHEDULED DEPOSITIONS**

The parties to the present action, Plaintiff SAINT AGNES MEDICAL CENTER, a California non-profit public benefit corporation ("St. Agnes") and

Defendant HCC MEDICAL INSURANCE SERVICES, LLC, a Wisconsin for profit limited liability corporation ("HCC"), hereby agree to the following:

**RECITALS**

WHEREAS, on **January 12, 2017**, St. Agnes' and HCC's counsel entered into a Joint Scheduling Report and Proposed Discovery Plan pursuant to Federal Rules of Civil Procedure 26(f);

WHEREAS, the parties agreed, and the Court ordered, to set the following deadline: Non- expert Discovery cutoff to **September 8, 2017**;

WHEREAS, St. Agnes timely served a deposition notice on HCC on **August 23, 2017**;

WHEREAS, HCC timely served a deposition notice on St. Agnes on **August 28, 2017**;

WHEREAS, HCC's availability for deposition was compromised due to the natural disaster in Houston Texas and, as a result, the Court granted an order on September 5, 2017 (Dkt. No. 12) continuing the deadline to conduct the two noticed depositions to **October 9, 2017**; and

WHEREAS, since the re-opening of HCC's office in Houston, the parties have made substantive progress in settlement negotiations, and would like further opportunity to pursue settlement without incurring the cost of PMK depositions, which will include substantial travel costs; and

WHEREAS, the parties have agreed that it is in the parties' best interests, as well as the Court's interest, to continue the following deadline in this case;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the parties, through their respective counsel of record: the non-expert discovery cut off, as it pertains only to each parties' respective deposition notice previously served, shall be extended to **October 20, 2017**. Further, it is agreed that no party shall object to the timeliness of the above referenced depositions as

long as said depositions are completed in accordance with the new date set forth herein.

Dated: September 25, 2017  **LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.**

By: */s/ Mina Morkos* (as authorized on 9/22/17)
Mina Morkos
Attorney for
SAINT AGNES MEDICAL CENTER, a California non-profit public benefit corporation

Dated: September 25, 2017  **HINSHAW & CULBERTSON LLP**

By: */s/ Travis Wall*
Travis Wall
Jared W. Matheson
Attorneys for
HCC MEDICAL INSURANCE SERVICES, LLC, a Wisconsin for profit limited liability corporation

**ORDER**

IT IS SO ORDERED THAT the non-expert discovery cut off, as it pertains only to each parties' respective deposition notice previously served, shall be extended from October 9, 2017 to **October 20, 2017**. Further, it is agreed that no party shall object to the timeliness of the above referenced depositions as long as said depositions are completed in accordance with the new date set forth herein.

Dated: **September 26, 2017**     */s/ Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE